**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASAEL A. ALFARO, <br><br> Petitioner, <br><br> v. <br><br> JAMES D. HARTLEY, Warden, <br><br> Respondent. | Case No. CV 11-5212 VAP (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: July 19, 2011

_____
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1